UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL TILLINGHAST,<br><br>            Plaintiff<br><br>v.<br><br>MAKITA U.S.A., INC., MAKITA CORPORATION, AND MAKITA CORPORATION OF AMERICA, INC.,<br><br>            Defendants | CIVIL ACTION NO. |

## NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

      Pursuant to 28 U.S.C. §§1441 and 1446, the defendants, Makita U.S.A., Inc., and Makita Corporation of America hereby give notice of the removal to this Court of an action brought against them by the plaintiff, Michael Tillinghast, which was filed in the Commonwealth of Massachusetts, Essex Superior Court, Civil Action No. 2277CV00143.  As grounds for this removal, the defendants state as follows:

      1.     The plaintiff filed a Complaint in Essex Superior Court on or about February 14, 2022 (the "Complaint") against the defendants.  The Complaint was served on Makita U.S.A., Inc. or about May 9, 2022.  The Complaint was served on Makita Corporation of America on or about May 3, 2022.  Copies of the Civil Action Cover Sheet and the Complaint are attached hereto as Exhibit A.

      2.     The other named defendant, Makita Corporation, which is a non-United States entity, has not been properly served.  The undersigned counsel does not appear on

behalf of Makita Corporation, and nothing in this Notice is intended to limit any rights or defenses that entity may have, including with respect to proper joinder and/or personal jurisdiction.

3. Upon information and belief, the plaintiff resides in Danvers, Massachusetts.

4. Defendant Makita U.S.A., Inc. is a California corporation with a place of business in La Miranda, California.

5. Defendant Makita Corporation of America is a Georgia corporation with a place of business in Buford, Georgia

6. Plaintiff's action is a civil action over which this Court has diversity jurisdiction pursuant to 28 U.S.C. §1332 and is one which the defendants are entitled to remove to this Court pursuant to 28 U.S.C. §§1441 and 1446 because the action is between citizens of different states and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.  Specifically, according to the Civil Action Cover Sheet and Complaint filed in Superior Court, plaintiff seeks $269,298.88 to compensate him for his alleged medical expenses and seeks $50,000.00 as additional compensation for anticipated future medical and hospital expenses.  *See* Exhibit A attached hereto.

7. A true and correct copy of this Notice of Removal will be filed with the Clerk of the Commonwealth of Massachusetts Superior Court Department of the Trial Court, Essex County, as provided by law.

8. Written notice of the filing of this Notice of Removal will be given to the plaintiff as required by law.

Signed pursuant to Fed. R. Civ. P. 11 this 20th day of May, 2022.

        MAKITA U.S.A., INC., AND
        MAKITA CORPORATION OF AMERICA


        /s/ Anthony V. Agudelo
        Anthony V. Agudelo, BBO No. 642260
        agudelo@sugarmanrogers.com
        Sugarman, Rogers, Barshak & Cohen, P.C.
        101 Merrimac Street, 9th Floor
        Boston, MA 02114
        (617) 227-3030

## CERTIFICATE OF SERVICE

    I, Anthony V. Agudelo, hereby certify that on the above date, I served the within document by mailing a copy of the same, postage prepaid, to the following counsel of record:

Richard J. Sullivan, Esquire
James M. McLaughlin, Esquire
Sullivan & Sullivan LLP
83 Walnut Street
Wellesley, MA  02481

          /s/ Anthony V. Agudelo
          Anthony V. Agudelo

4880-5525-8145, v. 1